UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No.:

MAGBE BAMBA

                    Plaintiff,

v.

MAXIMUS FEDERAL SERVICES, INC., a Virginia corporation, and
GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a Wisconsin corporation

                    Defendants.

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Great Lakes Educational Loan

Services, Inc., ("Great Lakes") hereby removes to this Court the above-titled state court action

previously pending in the Arapahoe County District Court, Centennial, Colorado and, in support

thereof, states the following:

1.     Plaintiff Magbe Bamba ("Bamba") alleges that Defendants Great Lakes and

Maximus Federal Services, Inc. ("Maximus") each violated the Fair Credit Reporting Act

("FCRA"), 15 U.S.C. § 1681s-2(b), by failing to perform reasonable investigations in response to

Bamba's credit reporting disputes. *See* Compl. ¶¶ 24, 44. Great Lakes denies these allegations

and denies any wrongdoing. Great Lakes removes this action to the United States District Court

for the District of Colorado based upon federal question jurisdiction under 28 U.S.C. §§ 1331

and 1441(a).

2.     Great Lakes was served (through its registered agent) with the signed Summons,

Complaint, and Case Cover Sheet on March 24, 2020. Thus, Great Lakes is filing this Notice of

Removal with this Court within thirty (30) days of service of the Summons and Complaint pursuant to 28 U.S.C. § 1446(b)(1).

3.      Pursuant to 28 U.S.C. § 1446(a), a copy of the signed Summons and Complaint, as well as all other process, pleadings, and orders served upon Great Lakes, are attached as Exhibits A-C.[1]

4.      On April 6, 2020, Bamba filed the Complaint in the instant action in the Arapahoe County District Court, Centennial, Colorado (the "State Court Action"). The Complaint bears Case No. 2020CV30785.

5.      According to the docket for the State Court Action, no affidavits or returns of service have been filed.

6.      Venue is proper in this Court under 28 U.S.C. § 1446(a) as the district and division within which the State Court Action was brought.

7.      As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been served on Bamba through her attorney of record, Matthew R. Osborne, P.C., and a copy of this Notice will be filed on this date with the clerk of the Arapahoe County District Court, Centennial, Colorado. *See* Exhibit G.

8.      Removal is proper pursuant to 28 U.S.C. § 1441(a).

9.      Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant

---

[1] Pursuant to D.C.COLO.LCivR 81.1, a current docket sheet (register of actions) for the State Court Action, along with the state court's Delay Reduction Order and issued summons, are attached hereto as Exhibits D-F. Based upon examination of the docket for the State Court Action, no motions or petitions are pending, and no further orders have been entered.

or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

10.     This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Bamba's claims for relief arise under the laws of the United States. Specifically, she alleges that Great Lakes and Maximus violated the FCRA, 15 U.S.C. § 1681s-2(b). *See* Compl. ¶¶ 24, 44.

11.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), when a civil action is removed solely under § 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action. Based on its review of the docket for the State Court Action and its correspondence with counsel for Maximus, counsel for Great Lakes understands that Maximus has not yet been served with the Summons and Complaint. Nevertheless, on April 17, 2020, counsel for Maximus confirmed via an email to counsel for Great Lakes that Maximus consents to the removal.

Based on the foregoing, Great Lakes hereby removes this action, which is currently pending in the Arapahoe County District Court, as Case No. 2020CV30785, to this Honorable Court.

DATED this 22nd day of April, 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _s/Matthew C. Arentsen_____
        Matthew C. Arentsen, #45021
        Courtney E. Bartkus, #50193
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Tele: 303-223-1100
Fax: 303-223-1111
Email: marentsen@bhfs.com
       cbartkus@bhfs.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2020, I electronically filed a true and

correct copy of the **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF

system which will send notification of such filing to the following:

Matthew R. Osborne
Matthew R. Osborne, P.C.
11178 North Huron Street, #7
Northglenn, CO 80234
303-759-7018
matt@mrosbornelawpc.com

*s/ Paulette M. Chesson*
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202
303-223-1100